James Will Bonham
6740 West Deer Valley Road, D107
Glendale, Arizona  [85310]
Jbonham16@cox.net
*pro se*

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 11 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**FILE ON DEMAND**
**FOR THE RECORD**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **James Will Bonham**, an individual, | **Case No. CV-15-593-PHX-MHB** |
| **Plaintiff,** *pro se* | |
| **vs.** | **NOTICE OF DISMISSAL** |
| **PENN CREDIT CORPORATION**, a corporation, *et al* | **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| **Defendant(s).** | |

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiff, James Will Bonham, hereby gives notice that the above captioned action is dismissed

with prejudice against the Defendant(s).

Date:  May 7, 2015

By: _____
James Will Bonham

## CERTIFICATE OF SERVICE

This is to certify that an original and copy of a PLAINTIFF'S NOTICE OF DISMISSAL has been sent to the following:


**ORIGINAL** and **COPY** of the foregoing
Sent via U.S. Postal Service™ to:

Brian D. Karth, Clerk of the Court
401 W Washington Street, Suite 130, SPC 1
Phoenix, AZ  85003-2118

**COPY** sent via U.S. Postal Service™ First-Class Mail™ to:

Penn Credit Corporation
916 South 14th St.
Harrisburg, PA  17104


Dated this seventh day of the fifth month, in the year two thousand and fifteen, Anno Domini, in the two-hundred and thirty-ninth year of the Independence of the America.


By: _____